FILED
NOV 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF:<br><br>GORDON ONAKA, M.D.<br>ADVANCED DIAGNOSTICS<br>608 CHERRY HILL COURT<br>MODESTO, CALIFORNIA 95356 | MAGISTRATE DOCKET NO.<br>1:13-SW-000289 GSA<br><br>**UNSEALING ORDER** |

The Court, having considered the United States' Application for an Order Lifting the Seal in the above-captioned matter (the Application), and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED; and

2. All previously sealed documents are hereby UNSEALED.

Dated: November 14, 2013

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE